UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR-08-0181-LRS-1 |
| Plaintiff, ) | |
| ) | ORDER DENYING MOTION |
| v. ) | TO REDUCE SENTENCE |
| ) | |
| ANTONIO CARRANZA-MENDOZA, ) | |
| ) | |
| Defendant. ) | |

By letter dated February 11, 2013, but not noted for hearing, defendant Antonio Carranza-Mendoza asks that his 78 month sentence (ECF No. 233) be reduced.

In reviewing the record, the court notes that the actual sentence imposed was substantially below the applicable sentencing guideline and took into account significant concessions which were made at the time of sentencing. The defendant has not set forth a basis for further reduction in the time to be served. Accordingly, the defendant's motion sent in the form of a letter, but never noted, is herewith DENIED.

**DATED** this 21st day of October, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Court Judge

ORDER DENYING . . . - 1